IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LARRY LEE LEMAY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-10-296-C |
| | ) | |
| GREG PROVINCE, Warden, and | ) | |
| OKLAHOMA PARDON AND PAROLE | ) | |
| BOARD, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Valerie K. Couch on August 24, 2010. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus dismissed. As no amendment can cure the defect, this dismissal acts as an adjudication on the merits, and a judgment will enter. Petitioner's Motion for Discovery (Dkt. No. 15) is denied as moot.

IT IS SO ORDERED this 27th day of September, 2010.

ROBIN J. CAUTHRON
United States District Judge